UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PEACHRIDGE ENERGY OPERATING, LLC,** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 4:23-cv-1426** |
| v. | § § | |
| **BASIN ENGINEERING, LLC,** | § § | **JURY REQUESTED** |
| *Defendant.* | § § § | |

# ORDER

On this day, the Court considered Plaintiff Peachridge Energy Operating, LLC's Motion to Remand (Dkt. 7). The Court, having considered the Motion, the response, the arguments of counsel, and the papers in the cause, is of the opinion that the Motion should be DENIED. It is therefore

ORDERED that Peachridge's Motion is hereby DENIED.

SIGNED on _____.

_____
UNITED STATES DISTRICT JUDGE
ANDREW S. HANEN