

|  |  |
|---|---|
| 750 East Mulberry Avenue, Suite 500 | Writer's Contact Information |
| San Antono, TX 78212 | Marty.Truss@steptoe- |
| Office: 210-953-1955 | johnson.com |
| Fax: 210-905-4253 | Direct: 210-953-1797 |
| http://www.steptoe-johnson.com |  |

June 6, 2023

<u>VIA E-FILE</u>
Mr. Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

Re:   Case No. 4:23-cv-01426, *Peachridge Energy Operating, LLC v. Basin Engineering, LLC*; In the United States District Court for the Southern District of Texas Houston Division

Dear Mr. Ochsner:

Please be advised that I will be unavailable and on vacation from Friday, June 16, 2023 through Tuesday, June 27, 2023.

Please do not schedule any hearings, deadlines, or other matters for the above referenced lawsuit during the period set forth above.

All counsel of record are receiving a copy of this letter. Thank you.

Sincerely,

James M. "Marty" Truss

JMT/kcb